■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY RODRIGUEZ PENA, Appellant. [56 NYS3d 884]—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Suffolk County (Efman, J.), imposed October 6, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the People's contention, the defendant's waiver of his right to appeal was invalid (*see People v Guarchaj*, 122 AD3d 878, 879 [2014]; *People v Pelaez*, 100 AD3d 803 [2012]). However, the sentence imposed was not excessive (*see People v McKinney*, 141 AD3d 1031, 1032 [2016]; *People v Suitte*, 90 AD2d 80 [1982]). Chambers, J.P., Miller, Hinds-Radix and LaSalle, JJ., concur.